.(42 Misc. Rep. 48.)

QUIGG v. QUIGG.

(Supreme Court, Special Term, Kings County. December, 1903.)

1. MARRIAGE—ACTION TO ANNUL.

    It is no defense to an action to annul a marriage, brought by a husband, that he falsely represented to defendant that he was of legal age, and that she believed him, and was deceived into marrying.

Action by Neil Quigg, by his guardian, against Nellie Quigg, to annul a marriage on the ground that plaintiff had not reached the legal age. Judgment for plaintiff.

Maurice V. Theall, for plaintiff.
Francis M. Applegate, for defendant.

GAYNOR, J. It is pleaded as a defense that the plaintiff fraudulently represented to the defendant that he was of the legal age, viz.,

¶ 1. See Marriage, vol. 34, Cent. Dig. § 125.

eighteen years, and that she believed him and was thereby deceived into marrying him. This is no defence. New York Building Loan Co. v. Fisher, 23 App. Div. 363, 48 N. Y. Supp. 152.

Judgment for the plaintiff.